IN RE: HMIDAN                              CASE NO. 10-14689

Claim 000006, Payment 2.27%
American InfoSource LP as agent for
First Data Global Leasing
PO Box 248838
Oklahoma City, OK 73124-8838

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA, N.A.**

CHECK NUMBER: 1006
32-1/1110 TX 0
DATE: 09/11/11
AMOUNT: ************3.26

Reference 3304829    1977011

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-14689 | A | Debtor: HMIDAN, KATHERINE HEISLER |

United States Bankruptcy Court
LA
500 Poydras B-601
New Orleans LA 70130

Three Dollars And 26/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001006⑈ ⑆111000012⑆ 4438099838⑈

9/14/11
DEPOSIT TO UNCLAIMED UNDER
$25.00 (106000).

DUE: SEE ATTACHED.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229070    - JN
* * C O P Y * *
September 14, 2011
    12:02:15

UNC.UNDER$25
  10-14689
Debtor.: KATHERINE HEISLER HMIDAN
Trustee: Barbara Rivera-Fulton
Amount.:            $3.26 CH
Check#.: 1006

Total-> $3.26

FROM: RIVERA-FULTON

Date: 09/11/11                                                                                                                                                                  Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-14689 - HMIDAN, KATHERINE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American InfoSource LP as agent for First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br>    Reference 3304829 | 000006 | 143.71 | 3.26 |
| ---------- Remittance Total --------------- | | 143.71 | 3.26 |

_Barbara Rivera Fulton_
Law Ofc. of Barbara Rivera Fulton, Trustee